UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KALISPEL TRIBE OF INDIANS and
SPOKANE COUNTY,

    Plaintiffs,

 -vs-

UNITED STATES DEPARTMENT
OF THE INTERIOR, et al.,

    Defendants,

SPOKANE TRIBE OF INDIANS,

    Intervenor-Defendant.

Nos. 2:17-CV-0138-WFN
    2:17-CV-0220-WFN

ORDER GRANTING
CONSOLIDATION

   Before the Court is Plaintiff Kalispel Tribe of Indians' Motion to Consolidate. ECF No. 27. Neither Defendant objects. ECF Nos. 28 and 29. In the Joint Status Certificate filed in 2:17-CV-0220-WFN, Spokane County agrees that the two cases meet the Fed. R. Civ. P. 42 standard for consolidation and proposes all deadlines be identical. The Court has reviewed the Motion and is fully informed. Accordingly,

   **IT IS ORDERED** that:

   1. Kalispel Tribe of Indians' Motion to Consolidate, filed September 26, 2017, **ECF No. 27,** is **GRANTED**.

   2. The cases *Kalispel Tribe of Indians v. United States Department of the Interior*, et al., 2:17-CV-0138-WFN and *Spokane County v. United States Department of the Interior*, et al., 2:17-CV-0220-WFN, shall be **CONSOLIDATED** for all purposes. All future filings shall be filed in 2:17-CV-0138-WFN **ONLY**. No further filings shall be made in 2:17-CV-0220-WFN, which shall be administratively closed.

   3. All dates set in the Scheduling Order, ECF No. 26, shall apply to all parties to the consolidated case.

   4. The October 25, 2017, telephonic scheduling conference set in 2:17-CV-0220-WFN is **STRICKEN**.

ORDER - 1

1  The District Court Executive is directed to file this Order, consolidate the
2  parties from 2:17-CV-220-WFN into 2:17-CV-0138-WFN, administratively **CLOSE**
3  2:17-CV-0220-WFN, and provide copies to counsel.
4  **DATED** this 12th day of October, 2017.

s/ Wm. Fremming Nielsen  
WM. FREMMING NIELSEN  
SENIOR UNITED STATES DISTRICT JUDGE

10-11-17